IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALFRED ALVAREZ,**

      **Plaintiff,**

v.                                        Case No. 4:14cv410-MW/CAS

**MICHAEL D. CREWS,**
**et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.23, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 24. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." Further, the Clerk shall note on the docket that this cause was dismissed pursuant to

28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on January 2, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
