IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFRED ALVAREZ,

    **Plaintiff,**

v.                                               Case No. 4:14cv410-MW/CAS

DOUG CRAVEN
and J. SCHWEINSBERG,

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 110. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to partially dismiss Plaintiff's fifth amended complaint, ECF No. 100, is **GRANTED in part and DENIED in part**. The motion is **GRANTED** as to Plaintiff's request for punitive damages; that request is **DISMISSED**. The balance of the motion is **DENIED**. Defendants must file an answer to Plaintiff's fifth amended complaint, ECF No. 72, within fourteen days of the date of this Order. The

case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on March 1, 2018.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**