IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFRED ALVAREZ,

    Plaintiff,

v.                                  Case No. 4:14cv410-MW/CAS

DOUG CRAVEN
and
J. SCHWEINSBERG,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 148, and has also reviewed *de novo* Defendants' objections to the report and recommendation, ECF No. 151, and Plaintiff's "objections," ECF No. 158. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendants' objections, as this Court's opinion. Defendants' Motion for Summary Judgment, ECF No. 128, is **DENIED** because there is a genuine dispute of material fact. This case is **REMANDED** to the Magistrate Judge for further proceedings prior to setting this case

1

for trial.

**SO ORDERED on August 28, 2019.**

                                        **s/ MARK E. WALKER**
                                        **Chief United States District Judge**