# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ALFRED ALVAREZ,

    Plaintiff,

vs.                                    Case No. 4:14cv410-CAS

DOUG CRAVEN
and J. SCHWEINSBERG,

    Defendants.
_____/

## O R D E R

In an Order entered in April 2019, Plaintiff's motion to seal or redact several documents in this case was granted. ECF No. 147. An additional issue was brought to the Court's attention by Plaintiff in early December, ECF No. 169, and by the Defendants, ECF No. 171. Another Order was entered sealing additional documents as a matter of safety. ECF No. 172. Furthermore, the Eleventh Circuit Court of Appeals also entered an Order to seal its own order. ECF No. 173. Thus, considerable efforts have been made to remove certain documents from publication to protect the lives of Plaintiff, and others.

Recently, Plaintiff provided another notice to the Court advising that some of "the documents are still on the system." ECF No. 190. It would have been helpful to have been provided more information as to what was found and where, yet efforts have been made by court librarians and other staff to locate and ensure that all previously sealed documents are removed from public access. It is difficult to un-ring a bell. This Order advises Plaintiff that his concerns have been heard and action taken on his behalf.

Finally, the efforts taken have revealed that while several documents on this Court's website were sealed, an additional document has been located that should also be sealed. Thus, on the Court's own motion, Plaintiff's fourth amended complaint, ECF No. 67, is now also sealed.

Accordingly, it is

**ORDERED:**

1. Plaintiff's recent notice, ECF No. 190, has been considered and action taken to address the concern raised.

2. The Clerk of Court shall seal Plaintiff's fourth amended complaint, ECF No. 67.

3. The Clerk of Court shall notify the publishers Westlaw, Lexis and Bloomberg of this Order so as to remove that document from publication.

4.  The Clerk of Court shall return this file upon the parties' filing of their notice of settlement, or no later than **April 14, 2020.**

**DONE AND ORDERED** on March 26, 2020.

    **S/ Charles A. Stampelos**
    **CHARLES A. STAMPELOS**
    **UNITED STATES MAGISTRATE JUDGE**